UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANN WAYT, | ) | CASE NO.  5:12-cv-3048 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | **JUDGMENT ENTRY** |
| | ) | |
| | ) | |
| DHSC, LLC, et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

For the reasons set forth in the contemporaneously-filed Memorandum Opinion and Order, the above-captioned case is **REMANDED** to the Court of Common Pleas of Stark County, Ohio. Case closed. Each party to bear its own costs.

**IT IS SO ORDERED**.

Dated: July 9, 2013

**HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE**